The Clerk of the Court is directed to close this case.
So Ordered.
　　　/S/  Raymond J. Dearie

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────── x

MATATIAOU ERGAS, on behalf of himself and all others similarly situated,

　　　　　　　Plaintiffs,

vs.

NORTHSTAR LOCATION SERVICES, LLC,

　　　　　　　Defendant.

───────────────────────────── x

Case No.: 1:20-cv-02481-RJD-SJB

**STIPULATION OF DISMISSAL AND ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Northstar Location Services, LLC shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  September 14, 2020　　　　**COHEN & MIZRAHI LLP**

　　　　　　　　　　　　　　　　　　　　/s/ *Joseph H. Mizrahi*
　　　　　　　　　　　　　　　　　　　JOSEPH H. MIZRAHI

　　　　　　　　　　　　　　　　　　JOSEPH H. MIZRAHI
　　　　　　　　　　　　　　　　　　JONATHAN B. WEISS
　　　　　　　　　　　　　　　　　　300 Cadman Plaza West, 12th Floor
　　　　　　　　　　　　　　　　　　Brooklyn, NY  11201
　　　　　　　　　　　　　　　　　　Telephone:  929/575-4175
　　　　　　　　　　　　　　　　　　929/575-4195 (fax)
　　　　　　　　　　　　　　　　　　joseph@cml.legal
　　　　　　　　　　　　　　　　　　jonathan@cml.legal

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff Matatiaou Ergas*

1

DATED: September 14, 2020         **BARCLAY DAMON LLP**

                                         /s/ *Paul A. Sanders, with consent*
                                                PAUL A. SANDERS

PAUL A. SANDERS
100 Chestnut Street, Ste 2000
Rochester, NY 14604
Telephone: 585/295-4426
psanders@barclaydamon.com

*Attorneys for Defendant Northstar Location Services, LLC*

SO ORDERED:

_____
JUDGE, U.S. District Court
Eastern District of New York